# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Judy Marie Worley, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:21-cv-00020-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security , | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 15, 2021 Text-Only Order.

October 15, 2021

Frank G. Johns, Clerk
United States District Court